**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| Linda Maravilha, | : |
| Plaintiff, | : |
| v. | : Civil Action No.: 3:11-cv-30092-MAP |
| Portfolio Recovery Associates, L.L.C.; and DOES 1-10, inclusive, | : |
| Defendants. | : |

## NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 30 days.

Dated: May 19, 2011

                                                                       Respectfully submitted,

                                                                       PLAINTIFF, Linda Maravilha

                                                                       /s/ Sergei Lemberg

                                                                       Sergei Lemberg, Esq.
                                                                       B.B.O. No.: 650671
                                                                       **LEMBERG & ASSOCIATES L.L.C.**
                                                                       1100 Summer Street, 3rd Floor
                                                                       Stamford, CT 06905
                                                                       Telephone: (203) 653-2250
                                                                       Facsimile: (877) 795-3666
                                                                       slemberg@lemberglaw.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on May 19, 2011, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court for the District of Massachusetts Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                        By /s/ Sergei Lemberg

                                            Sergei Lemberg